UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA RUSS,

    Plaintiff,

vs.                                                            Case No. 4:13-cv-_____

THE FLORIDA LOTTERY

    Defendant.
_____/

## PETITION FOR REMOVAL

Defendant, THE FLORIDA LOTTERY, by and through the undersigned attorney, represents that:

1. This action is brought pursuant to Chapter 760, 29 U.S.C. §621 et seq., of the Rules of the United States District Court for the Northern District of Florida. This Defendant is a party in an action now pending in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, in which LINDA RUSS, is the Plaintiff, and the causes of action stated in this Complaint is disability discrimination, racial discrimination and workers compensation retaliation pursuant to federal law.

2. The complaint states claims of discrimination pursuant to 29 U.S.C. §621, et.seq.

3. This Court has jurisdiction by reason of the federal claims brought by the Plaintiff.

4. Defendant desires to remove such action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division, and states that the matter became removable on the date that Defendant was served with a copy of the Complaint.

5. With this Petition is filed a copy of the complete court file and the proceedings in state court constituting all process, pleadings and orders served upon this Defendant.

THE FLORIDA LOTTERY, prays that such action be removed to the United States District Court for the Northern District of Florida, Tallahassee Division.

DATED this 9th day of July, 2013.

THOMPSON, CRAWFORD & SMILEY

/s/ Thomas R. Thompson

THOMAS R. THOMPSON
Post Office Box 15158
Tallahassee, FL 32317
(850) 386-5777
Fax: (850) 386-8507
FLORIDA BAR NO. 890596
ATTORNEY FOR DEFENDANT

STATE OF FLORIDA, TALLAHASSEE, TO WIT:

I HEREBY CERTIFY that on this 9th day of July, 2013, before me, a notary public in and for the State aforesaid, personally appeared Thomas R. Thompson, Attorney for Defendant, who has read the foregoing Petition for Removal and acknowledged the contents thereof to be true to the best of his knowledge, information, and belief.

(SEAL)

/s/ Jennifer Stanford

Notary Public, State of Florida

Jennifer N. Stanford

Personally Known ____X____
Identification Produced _____

Print Name of Notary Public

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic filing to Marie Mattox, 310 East Bradford Road, Tallahassee, Florida 32303, this 9th day of July, 2013.

/s/ Thomas R. Thompson

THOMAS R. THOMPSON