# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LINDA RUSS,

    Plaintiff,

v.                                  CASE NO.  4:13cv393-RH/CAS

THE FLORIDA LOTTERY,

    Defendant.

_____/

## ORDER DISMISSING THE CLAIMS UNDER 29 U.S.C. § 621

Based on the parties' stipulation, ECF No. 20, the plaintiff's claims under 29 U.S.C. § 621 et seq. are dismissed with prejudice.  No costs or fees will be taxed in connection with those claims.  The motion to dismiss those claims, ECF No. 14, is DENIED AS MOOT.

    SO ORDERED on March 12, 2014.

                                                s/Robert L. Hinkle
                                              United States District Judge