# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LINDA RUSS,

      Plaintiff,

v.                               CASE NO. 4:13cv393-RH/CAS

THE FLORIDA LOTTERY,

      Defendant.

_____/

## ORDER DENYING SUMMARY JUDGMENT

For the reasons set out on the record of the hearing on April 4, 2014,

IT IS ORDERED:

The defendant's summary-judgment motion, ECF No. 15, is DENIED.

SO ORDERED on April 4, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge