UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA RUSS,

    VS                                                  CASE NO. 4:13cv393-RH/CAS

THE FLORIDA LOTTERY,

## JUDGMENT

This action came before the Court and a jury with the Honorable Robert L. Hinkle presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff, Linda Russ, recover nothing from the Defendant, The Florida Lottery, and that the action be dismissed with prejudice.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

April 24, 2014                        *s/Elizabeth Lawrence*
DATE                              Deputy Clerk: Elizabeth Lawrence